IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, and NATIONAL PETROCHEMICAL AND REFINERS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA<br><br>Defendant. | Civil Action No. 5:08-cv-396 |

## ORDER FOR EXTENSION OF TIME TO FILE JOINT REPORT AND PLAN CONCERNING CASE SCHEDULE

This matter came on for determination on the Motion of Plaintiffs American Petroleum Institute and National Petroleum and Refiners Association for an order extending the parties' time for an additional twenty-one (21) days through March 15, 2010 in which to file their joint report and plan concerning the case schedule, and the Court, having considered the Motion, finds good cause for the granting of the Motion.

IT IS THEREFORE ORDERED that parties' time for filing their joint report and plan concerning the case schedule in this action is hereby extended through and including March 15, 2010.

This the 11th day of February, 2010.

Louise W. Flanagan
US District Judge