IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:08-cv-396-FL

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE and AMERICAN FUELS & PETROCHEMICAL MANUFACTURERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA,<br><br>Defendant,<br><br>and<br><br>NORTH CAROLINA PETROLEUM AND CONVENIENCE MARKETERS ASSOCIATION,<br><br>Intervenor-Defendant. | ORDER |

This matter comes before the Court on the parties' Joint Motion for a Pretrial Conference (Dkt. 114). Trial in this matter is set for February 18, 2014.

For good cause shown, and pursuant to Local Rule 16.1, the Court hereby sets a telephonic pretrial conference for Wednesday, February 11, 2014 at 11:00 a.m.

SO ORDERED, this the  25th  day of January, 2014.

LOUISE W. FLANAGAN
United States District Court Judge